[No. 32476-1-III. Division Three. October 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL HAROLD KALAKOSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88-1-00341-7, Salvatore F. Cozza, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.

[No. 33208-0-III. Division Three. October 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL M. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-03605-4, John O. Cooney, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 33326-4-III. Division Three. October 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EUGENE CORNWELL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 12-1-00430-4, M. Scott Wolfram, J., entered April 20, 2015. *Dismissed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33415-5-III. Division Three. October 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG STEVEN COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-01213-0, Carrie L. Runge, J., entered May 22, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.